IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.P., As Parent and Natural Guardian of T.P., a minor<br><br>            Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC. RAISER-PA, LLC; RASIER, LLC; JOHN DOE UBER DRIVER; and ARTHUR WAYNE DOBERSTEIN<br><br>             Defendants. | CIVIL ACTION<br><br>NO. |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

In accordance with 28 U.S.C. § 1441 and § 1446, Defendants, Uber Technologies, Inc. Rasier-PA, LLC, and Rasier, LLC (hereinafter, collectively "Uber") hereby file this Notice of Removal to remove this action, which was filed in the Pennsylvania Court of Common Pleas of Philadelphia County, to this Court. In support of this Notice of Removal, Defendants aver as follows:

1. On or about February 4, 2026, Plaintiff. K.P., as parent and natural guardian of T.P., commenced this action in the Pennsylvania Court of Common Pleas of Philadelphia County. A copy of the Complaint is attached hereto as Exhibit "A."

2. On or about February 25, 2026, Uber was served with the Complaint.

3. This action arises form an alleged sexual abuse of a minor that occurred on or about November 22, 2024. See Exhibit "A" at ¶ 31.

4. The Complaint purports to assert causes of action against Uber for negligence and products liability.

5. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between Plaintiff and Defendants, and more than $75,000 (exclusive of interest and costs) is at stake.

6. Plaintiff alleges they and T.P. are citizens of Pennsylvania. See Exhibit "A" at ¶¶ 1 and 3.

7. Defendant Uber Technologies, Inc., is incorporated in Delaware with a principal place of business in California.

8. Defendants Rasier, LLC, and Rasier-PA, LLC are wholly-owned subsidiaries of Uber, Delaware corporations, and accordingly do not have any owner of member located in the Commonwealth of Pennsylvania.

9. The Complaint alleges that Defendant Arthur Wayne Doberstein is a resident of Pennsylvania.

10. At the time of this filing, an Affidavit of Service has not been filed reflecting that Defendant Doberstein has been served with the Complaint.

11. As such, at the time of the filing of Plaintiff's Complaint and at the time of this removal, there is diversity of citizenship amongst the parties pursuant to 28 U.S.C. § 1332(a)(1).

12. This Court has jurisdiction of the above-captioned matter pursuant to 28 U.S.C. §1332, and this action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(b)

and is in conformity with 28 U.S.C. § 1441(b)(2) as Defendant Doberstein has not been served with the Complaint.

13.    The Complaint alleges that "T.P. was caused to experience, among other damages and harms, pain and suffering, severe emotional distress, post-traumatic stress disorder, and other sequelae, which he has and will endure for the rest of his life." See Exhibit "A" at ¶ 42.

14.    Further the Complaint alleges that "T.P. was caused to suffer physical and emotional injuries." See Exhibit "A" at ¶ 54.

15.    Based on Plaintiff's claims, the amount in controversy in this matter exceeds Seventy-Five Thousand Dollars ($75,000.00), and therefore satisfies the threshold for federal diversity jurisdiction.  28 U.S.C. § 1332(a) and § 1441(a).

16.    A copy of this Notice will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, as provided by 28 U.S.C. §1446(d).

17.    Pursuant to 28 U.S.C. §1446(a), all process, pleadings and orders are attached as Exhibit A (Plaintiff's Complaint).

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By:    /s/ Qwalyne Lawson
       John T. Donovan, Esquire
       Qwalyne E. Lawson, Esquire
       PA Bar Nos: 66494 / 316018
       Two Commerce Square
       2001 Market Street, Suite 3100
       Telephone: (215)-62-6900
       Facsimile: (215)-627-2665
       john.donovan@wilsonelser.com
       qwalyne.lawson@wilsonelser.com
       *Attorneys for Defendants Attorneys for Defendants, Uber Technologies, Inc., Rasier-PA, LLC, and Rasier, LLC*

**CERTIFICATE OF SERVICE**

I, Qwalyne E. Lawson, Esquire, do hereby certify that a true and correct copy of Uber Technologies Inc., Rasier-PA, LLC, and Rasier, LLC's Notice of Removal was filed and served via First Class U.S. mail, postage pre-paid this March 20, 2026 on all parties.

By:    *s/ Qwalyne Lawson*
       Qwalyne Lawson, Esquire